Mahna Pourshaban
Nevada State Bar No. 13743
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: mahna.pourshaban@jacksonlewis.com

William H. Payne, IV
Louisiana Bar No. 31667
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Tel: (504) 208-1755
Fax: (504) 208-1759
Email: thorner@jacksonlewis.com
Email: william.payne@jacksonlewis.com
*(Applications for Pro Hac Vice to Be Filed)*

*Attorneys for Plaintiffs*
*DISH Network Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DISH NETWORK CORPORATION, As Plan Administrator And On Behalf Of DISH NETWORK CORPORATION 401 (K) PLAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROY LOHRENGEL, and DEBORAH POMPA,<br><br>　　　　Defendants. | Case No. 2:17-CV-01601-KJD-CWH<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

**NOW INTO COURT** comes Plaintiff, DISH Network Corporation, and respectfully moves this Honorable Court for leave to withdraw the attorney appearance of William H. Payne, IV. In support of this motion, Plaintiff states the following:

1. Plaintiff is currently represented by Mahna Pourshaban and René E. Thorne of Jackson Lewis P.C.

2. Plaintiff seeks to withdraw William H. Payne, IV's appearance.

3. Plaintiff will continue to be represented by Mahna Pourshaban and René E. Thorne of Jackson Lewis P.C.

4. Allowing Mr. Payne to withdraw his appearance will not delay the resolution of this matter, nor will it prejudice the parties.

**WHEREFORE**, Plaintiff respectfully requests this Court grant its motion to withdraw Mr. Payne's appearance in this matter.

Dated: July 13, 2017

        JACKSON LEWIS P.C.

        */s/ Mahna Pourshaban*
        Mahna Pourshaban, Bar #13743
        3800 Howard Hughes Parkway, Suite 600
        Las Vegas, Nevada  89169

        William H. Payne, IV, LA Bar No. 31667
        650 Poydras Street, Suite 1900
        New Orleans, Louisiana 70130

        *Attorneys for Plaintiff*
        *DISH Network Corporation*

4817-6247-7642, v. 2

IT IS SO ORDERED.

DATED: July 14, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE